IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CEDRICK A. WALKER,

    Plaintiff,                        No. CIV S-07-1499 LEW JFM P

    vs.

Warden D.K. SISTO, et al.,

    Defendants.              ORDER

_____/

        Plaintiff has requested an extension of time to file an amended complaint pursuant to the court's order of September 13, 2007, alleging he has been denied law library access as well as assistance through the prison's paging system. However, plaintiff has failed to file an in forma pauperis affidavit or pay the required filing fee. 28 U.S.C. § 1915(g). Plaintiff does not need access to the law library in order to complete the in forma pauperis affidavit. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's October 26, 2007 motion for an extension of time is partially granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file and serve a completed in forma pauperis affidavit or pay the required filing fee, and to file the amended complaint required by this court's September 13, 2007 order. Plaintiff is cautioned that

1

1  failure to file a completed in forma pauperis affidavit or pay the require filing fee will result in a
2  recommendation that this action be dismissed.
3  DATED: October 30, 2007.

                                        UNITED STATES MAGISTRATE JUDGE

/001; walk1499.36b